UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UY TRAN,** <br><br> Petitioner, <br><br> v. <br><br> STEVE LANGFORD, <br><br> Respondent. | **NO. LA CV 16-01869 VBF (FFM)** <br><br> **ORDER** <br><br> Adopting the Report & Recommendation Without Objection; <br><br> **Dismissing Habeas Petition With Prejudice;** <br><br> Directing Entry of Separate Final Judgment; <br><br> **Terminating and Closing the Case (JS-6)** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed federal detainee Uy Tran's 28 U.S.C. section 2241 habeas corpus petition, all the records and files herein, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. Petitioner has not filed any written objections to the R&R within the time allowed by the Federal Rules of Civil Procedure and our District's Local Civil Rules, nor has he sought an extension of the objection deadline.

    Perceiving no error of law, fact, or logic in Magistrate Judge Mumm's well-reasoned R&R, **the Court adopts the R&R and implements the Magistrate Judge's findings, conclusions, and recommendations.**



**The habeas corpus petition is DISMISSED with prejudice.**

Judgment will be entered consistent with this Order and the R&R. As required by Federal Rule of Civil Procedure 58(a), the judgment will be a separate document.

Dated: Tuesday, March 14, 2017

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge