UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UY TRAN, | ) | NO. LA CV 16-01869-VBF-FFM |
|       Petitioner, | ) | |
| | ) | FINAL JUDGMENT |
|     v. | ) | |
| STEVE LANGFORD, | ) | |
|       Respondent. | ) | |

Pursuant to the Order Adopting the Report and Recommendation of the United States Magistrate Judge Without Objection, Dismissing the 28 U.S.C. Section 2241 Habeas Corpus Petition With Prejudice, Directing the Entry of Separate Final Judgment, and Terminating and Closing the Case, final judgment is hereby entered in favor of the respondent and against petitioner Uy Tran.

Dated: Monday, March 14, 2017

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge